AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              CRIMINAL COMPLAINT

GHEEVARGHESE PAPPEN                             Case number:

     I, the undersigned complainant Special Agent Raymond Boatright, being duly sworn, hereby state the following is true and correct to the best of my knowledge and belief.  From at least in or about May 2005 until the present, in Kuwait, within the extraterritorial jurisdiction of the United States and elsewhere, and therefore, pursuant to Title 18, United States Code, Section 3238, within the venue of the United States District Court for the District of Columbia, Defendant GHEEVARGHESE PAPPEN, being a public official, did directly and indirectly, corruptly demand, seek, receive, accept things of value, that is cash, in return for being influenced in the performance of any official act, in violation of Title 18, United States Code, Section 201.  I further state that I am a Special Agent with the Defense Criminal Investigative Service and this Complaint is based on the facts as stated in the attached Affidavit which is made a part hereof.

     Signature of Complainant:  _____
                                                **Raymond Boatright**
                                                **Special Agent, Defense Criminal Investigative Service**

**Sworn to before me and subscribed in my presence on March __, 2006  at  Washington, D.C.**

_____    _____
United States Magistrate Judge              Signature of Judicial Officer

1