-1-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: COMPLAINT and　　　　　　　　　　　　　Mag. No. 06 - 126 - M - 01
ARREST WARRANT FOR
GHEEVARGHESE PAPPEN　　　　　　　　　　　　(UNDER SEAL)

FILED MAR 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S MOTION TO SEAL

The United States, by and through undersigned counsel appearing pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e) respectfully moves this Court to seal the accompanying Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order. The government also moves to seal all subsequent associated filings and Orders until further order of the Court. In support of this motion, the United States represents the following:

The filings in this action are part of an ongoing criminal investigation. Disclosure of the filings may hinder or compromise that investigation. Disclosure may also encourage the defendants to flee or to otherwise avoid arrest.

WHEREFORE, it is respectfully requested that this motion be granted, and that this Court sign the attached Order sealing the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order.

Respectfully submitted,

ANDREW LOURIE
Acting Chief, Public Integrity Section

-2-

By: *[signature: Daniel Schwager]*

James Crowell
Ann Brickley
Daniel Schwager
Trial Attorneys
Public Integrity Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
(202) 514-1412