UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: COMPLAINT and ARREST WARRANT FOR GHEEVARGHESE PAPPEN | : Mag. No. 06-126-M-01 : : (UNDER SEAL) |

**FILED**
MAR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of the Government's Motion to Seal and for good cause shown, it is HEREBY ORDERED that the Government's Motion to Seal shall be, and hereby is, GRANTED, and that the Complaint, Application for Arrest Warrant, Affidavit in Support of Arrest Warrant and Complaint, this Motion to Seal, and the sealing Order shall remain under seal until further order of the Court.

Dated MAR 17 2006

_____
UNITED STATES MAGISTRATE JUDGE
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE