IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Magistrate |
| v. | ) ~~Criminal~~ No. 06-126M-01 |
| | ) |
| GHEEVARGHESE PAPPEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

FILED

MAR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO UNSEAL ARREST WARRANT

COMES NOW the United States of America, by and through its undersigned counsel, in the above-entitled and numbered cause, and, pursuant to Local Civil Rule 83.2(e) and Local Criminal Rule 44.5(e), respectfully moves this Court to unseal the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, and related documents in this matter. The Defendant was arrested on March 17, 2006 and will be arraigned this morning before a magistrate Judge in the Northern District of Georgia.

A proposed order is attached.

DATED: 3/20 , 2006.

ANDREW LOURIE
Acting Chief, Public Integrity Section

JAMES A. CROWELL IV
ANN C. BRICKLEY

Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Washington, DC 20530
(202) 514-1412
james.crowell@usdoj.gov
Ann.brickley@usdoj.gov