IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Magistrate |
| v. ) | ~~Criminal~~ No. 06-126M-01 |
| ) | |
| GHEEVARGHESE PAPPEN, ) | |
| ) | FILED |
| Defendant. ) | |
| ) | MAR 20 2006 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration, the United States' Motion to Unseal is hereby GRANTED, and it is hereby

ORDERED that the previously sealed Warrant for Arrest, Affidavit in Support of Warrant for Arrest, and related documents are hereby UNSEALED.

ORDERED this 20 day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE