# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

06mj126

**LUTHER D. THOMAS**
**CLERK OF COURT**

(404) 215-1358

April 11, 2006

FILED
APR 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's Office:

Rule 40 proceedings were held in this district on MARCH 20, 2006 regarding GHEEVARGHESE PAPPEN, N.D.Ga. Case No. 1:06-MJ-360, your Case No. 5:04CR45-MCR. 06-126—01. Enclosed are our documents of said proceedings.

If you have any questions, please call the Magistrate Courtroom Deputies' Office at (404) 215-1358.

Sincerely,

Pat Walker
PAT WALKER
Deputy Clerk

Enclosure