# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS  
CLERK OF COURT

(404) 215-1358

May 17, 2006

**FILED**

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk's Office:

    Enclosed are papers regarding a Defendant from your District that appeared for a removal hearing in this District in March, 2006, GHEEVARGHESE PAPPEN, N.D.Ga. Case No., 1:06-MJ-360-JMF. Papers from the March hearing were previously forwarded to you.

    If you have any questions, please call the Magistrate Courtroom Deputy's Office at (404) 215-1358.

Sincerely,

PAT WALKER  
Deputy Clerk

Enclosure