UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | MAGISTRATE NO. 06-126-M-01 |
| **GHEEVARGHESE PAPPEN,** | : | |

## D I S M I S S A L

The United States, by its undersigned attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith discharge of the above-named defendant on these charges. The defendant is not in custody.

                                           ANDREW LOURIE
                                           Acting Chief
                                           United States Department of Justice
                                           Public Integrity Section

BY:   /s/ Ann Brickley
        ANN BRICKLEY
        Trial Attorney
        United States Department of Justice
        Public Integrity Section
        1400 New York Avenue, NW
        Washington, D.C. 20005
        (202) 514-1412

APPROVED AND GRANTED THIS _____
DAY OF _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE