UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

v.  :  MAGISTRATE NO. 06-126-M-01

GHEEVARGHESE PAPPEN,  :

**FILED**
**JUN 1 9 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DISMISSAL**

The United States, by its undersigned attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith discharge of the above-named defendant on these charges. The defendant is not in custody.

ANDREW LOURIE
Acting Chief
United States Department of Justice
Public Integrity Section

BY:  /s/ Ann Brickley
ANN BRICKLEY
Trial Attorney
United States Department of Justice
Public Integrity Section
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 514-1412

APPROVED AND GRANTED THIS 19 DAY OF June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE